IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| OSVALDO SANTIAGO RUIZ, et al., <br><br> Plaintiffs <br><br> v. <br><br> MIDWAY DODGE, INC. II, et al., <br><br> Defendants | CIVIL NO. 06-1153 (JP) |

### **FINAL JUDGMENT**

The Court has before it the parties' Settlement Stipulation (No. 38). The terms of the Settlement Stipulation are fully incorporated into this Final Judgment. Pursuant thereto, the Court **ENTERS JUDGMENT DISMISSING** the Complaint **WITH PREJUDICE**.

This judgment is entered without the imposition of costs or attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 27th day of November, 2006.

                                                 s/Jaime Pieras, Jr.
                                                 JAIME PIERAS, JR.
                                         U.S. SENIOR DISTRICT JUDGE